OPINION — AG — ** PAVING ASSESSMENT — STATE OF OKLAHOMA ** THE STATE OF OKLAHOMA MAY 'NOT' BE REQUIRED TO PAY A PAVING ASSESSMENT LEVIED ON ITS PROPERTY IN THAT IT IS EXCLUDED AS BEING LIABLE UNDER 11 O.S. 100 [11-100] (TAX THE STATE ASSESSMENT, STATE PROPERTY) CITE: ARTICLE X, SECTION 7, 11 O.S. 100 [11-100], OPINION NO. AUGUST 10, 1949 — MCCLELLAN (JAMES H. GRAY)